**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: <br> EFRAIN ASCENCIA CASILLAS <br> 201 PINEHURST DR <br> COLUMBIA, TN  38401 | Case No.04-01347-MH1-13 <br> JUDGE MARIAN F HARRISON <br> DATE:  February 24, 2010 |

**TRUSTEE'S REPORT OF UNCLAIMED MONIES**

     In compliance with 11 U.S.C. §347 and Rule 3011 of the Bankruptcy Rules, the following payee(s) are entitled to dividends or other monies which have remained unclaimed for at least ninety(90) days after a final dividend has been declared and distributed herein.  Included with this filing, is the sum of  **$1489.50** payable to the Clerk, U.S. Bankruptcy Court covering such unclaimed monies.

| NAME OF PAYEE(s) | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| **EFRAIN ASCENCIA CASILLAS** | **201 PINEHURST DR** <br> **COLUMBIA, TN  38401** | **$1489.50** |

Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 190664
NASHVILLE, TN  37219-0664
PHONE:  615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com